IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| IRINA GVOZD, | \* |
| | \* |
| Plaintiff | \* |
| | \*   Case No. 18-cv-11001 (JKG) |
| v. | \* |
| | \* |
| FEDERAL RESERVE BANK OF NEW YORK, | \* |
| | \* |
| Defendant | \* |

_____

**NOTICE OF VOLUNTARY DISMISAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**
_____

Plaintiff, IRINA GVOZD (hereinafter referred to as Plaintiff), by and through her undersigned counsel hereby gives notice that the above-captioned matter is voluntarily dismissed without prejudice against the Defendant, The Federal Reserve Bank of New York.

Dated:  June 10, 2019          Respectfully Submitted,


                               */s/ Vladimir I. Gvozd*

                               _____
                               Vladimir I. Gvozd
                               Attorney for Plaintiff
                               Bar No. 4266722
                               Law Offices of Vladimir I. Gvozd
                               4800 Hampden Lane, Suite 200
                               Bethesda, Maryland 20814
                               Tel. (301) 652-5530
                               Fax (301) 576-4513
                               vgvozd@gvozdlaw.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 10th day of June, 2019, I mailed a copy of the aforegoing <u>Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)</u> to the counsel for the Defendant at:

        Daniel M. Kuhn, Esquire
        Federal Reserve Bank of New York
        33 Liberty Street
        New York, New York 10045-0001

                                    */s/ Vladimir I. Gvozd*
                                    VLADIMIR I. GVOZD